DURHAM, executrix, *v.* ARMSTRONG; *el vice versa.*

BECK, Presiding Justice. Under the evidence the jury were not authorized to return any verdict other than that directed by the court. The evidence as a whole required this verdict:

*Judgment affirmed on main bill of exceptions; cross-bill dismissed. All the Justices concur, except Gilbert, J., absent.*

Nos. 10610, 10614. JULY 10, 1935. REHEARING DENIED SEPTEMBER 28, 1935.

*Tye, Thomson & Tye,* for plaintiff in error.
*W. S. Northcutt* and *James D. Childs,* contra.